| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Erik Clark, #188693<br>Barry E. Borowitz, #167418<br>Nancy B. Clark, #202024<br>Borowitz & Clark, LLP<br>100 N. Barranca St., Suite 250<br>West Covina, CA  91791<br>Tel: (626) 332-8600<br>Fax: (626) 332-8644<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* DEBTOR | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LUIS ERNESTO PADILLA, JR.<br><br>MYRA ELAINE PADILLA<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-14501-NB<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Luis Ernesto Padilla, Jr. and Myra Elaine Padilla ,
    filed a motion or application (Motion) entitled Application of Attorney for Debtor for Additional Fees and Related
    Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (RARA) .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  <u>**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**</u>  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

    (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

    (2)  Movant will lodge an order that the court may use to grant the Motion; and

    (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: ___11/30/23___

_____
Signature of Movant or attorney for Movant

Barry E. Borowitz
_____
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Erik Clark #188693<br>Barry E. Borowitz. #167418<br>Nancy B. Clark #207024<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>(626)332-8600  Fax: (626) 332-8644<br>ecf@blclaw.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LUIS ERNESTO PADILLA, JR.<br><br>MYRA ELAINE PADILLA<br><br><br><br>                                        Debtor(s). | CASE NUMBER: 2:21-bk-14501-NB<br><br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>**[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]** |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1.  **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number  3____ _.

2.  **RARA Fee Agreement**  Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ 5,000.00____ for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ 495.00____ per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3.  **Request for Additional Fees**. Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

    | | |
    |---|---|
    | Fees for Additional Services | $ 1,727.50____ |
    | Expenses related to Additional Services | $ 55.35____ |
    | Total | $ 1,782.85____ |

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4. **Case Status.** This Chapter 13 case has not been dismissed or converted.

5. **Plan Status.**

   ☒ A Chapter 13 Plan was confirmed in this case by order entered as docket number  33    _.

   ☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) _____ _.

6. **Fee Award for Basic Services**.

   ☒ Attorney was awarded fees for Basic Services in the amount of $ 5,000.00        in the order confirming the plan and/or a separate order of the court.

7. **Prior Applications for Additional Fees**.

   ☒ Attorney has not previously applied for Additional Fees in this case.

   ☐ Attorney has previously applied for Additional Fees in this case.  A total of $ _____ has been awarded to Applicant for Additional Fees pursuant to prior requests.

   ☐ One or more applications for Additional Fees in this case are pending. See docket number(s). _____. A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8. **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 10/16/2021 | $ 4,061.40 | PAYMENT RECEIVED FROM TRUSTEE |
| 04/08/2021 | $ 938.60 | PAYMENT RECEIVED FROM CLIENT |
|  |  |  |
|  |  |  |
| **TOTAL** | $ 5,000.00 |  |

9. **Amount and Basis for Compensation Requested.**

   A. ☐ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

   *(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay |  |
| $ | $350.00 | Unopposed application for order shortening time |  |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) |  |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2021                                    Page 2                          **F 3015-1.12.APP.CH13.FEES**

| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
|---|---|---|---|
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | $2,500.00 | Loan Modification Management Fees and Costs | |
| $ | | Total Requested | |

B.   ☒   <u>Hourly or Other Additional Fees.</u> Attorney requests an award of fees for Additional Services on an hourly or other basis.

      a.   Dates during which the Additional Services were provided: from (*dates*) __09/06/2023__ to __11/30/2023__ .

      b.   Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| TOTAL | | | | $ 1,727.50 |

      c.   Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☐ if an addendum containing additional information is attached.)

      d.   A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required)*.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2021*           Page 3           **F 3015-1.12.APP.CH13.FEES**

e.  If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

10. **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| Motion to Modify (copies, envelopes, postage) | $55.35 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL** | $55.35 |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

*(Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.)*

11. **Request for Payment.**

☒  Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐  Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Consent and Declaration of Debtor.

---

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this 4ᵀᴴ day of DECEMBER , 2023 at (city) HACIENDA HEIGHTS , (state) CA

Signature of Debtor 1: _____

Printed name of Debtor 1: LUIS ERNESTO PADILLA, JR.

Signature of Debtor 2: _____

Printed name of Debtor 2: MYRA ELAINE PADILLA

---

13. Certifications of Counsel.

    a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

    b. **No Debtor Consent and Declaration.** If Debtor has not executed the Consent and Declaration in Paragraph 13, the reason Debtor has not done so is as follows:

    c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: 11/30/23

Respectfully submitted,

Signature of Attorney for Debtor

Barry E. Borowitz
Printed name of Attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017            Page 5            F 3015-1.12.APP.CH13.FEES

Order Fulfilled

Your Legal Noticing order #10535452 was fulfilled on 10/16/2023. Your Certificate of Service is attached to this email.

**Order Details**

Case Number: 2:21-bk-14501-NB

Chapter: 13

District: CA - CENTRAL DISTRICT

State: CA

Case Name: Luis Ernesto Padilla, Jr.

Co-Debtor: Myra Elaine Padilla

Total Recipients: 41

Total Number of Pages Mailed to each Recipient: 3

Rush Service: No

Legal Noticing: $36.90

Postage: $25.83

Print Discount: ($7.38)

Total Cost: $55.35

This order has been added to your monthly invoice.

**Next Steps**

To check the status of an order, open the client file and click on the Legal Noticing button on the Best Case toolbar, or click the Legal Noticing button in the ECF Manager and choose Check Status of Existing Order.

1   M. Erik Clark, #188693
2   Barry E. Borowitz, #167418
3   Nancy B. Clark, #202024
    **Borowitz & Clark, LLP**
4   100 N. Barranca St., Suite 250
    West Covina, CA 91791
5   Tel: (626) 332-8600
    Fax: (626) 332-8644
6
7   Attorney for Debtor
8
9                   **UNITED STATES BANKRUPTCY COURT**
10                  **CENTRAL DISTRICT OF CALIFORNIA**
11                       **LOS ANGELES DIVISION**
12
13  LUIS ERNESTO PADILLA, JR.              Case No. 2:21-BK-14501-NB
14
15  MYRA ELAINE PADILLA                    Chapter 13
16                  Debtor(s).             DECLARATION OF BARRY E. BOROWITZ
17                                         IN SUPPORT OF APPLICATION OF
                                           ATTORNEY FOR DEBTOR FOR
18                                         ADDITIONAL FEES AND RELATED
                                           EXPENSES IN A PENDING CHAPTER 13
19                                         CASE SUBJECT TO A RIGHTS AND
20                                         RESPONSIBILITIES AGREEMENT (RARA
21
22
23
24  I, Barry E. Borowitz, hereby declare and state as follows:
25
26      1.  As to the following facts, I know them to be true of my own personal knowledge, and if
27          called upon to testify in this action, I could and would testify competently thereto;
28      2.  That I am an attorney with the Law Offices of Borowitz & Clark, LLP;

-1-

3.    That I have reviewed the file in this matter and the Application for Supplemental Fees along with all the supporting documentation and agree with all of the statements therein.

I, Barry E. Borowitz, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at West Covina, California on the date set forth below.

Dated:    11/30/23

_____
Barry E. Borowitz, Esq.
Attorney for Debtor(s)

-2-

## FIRM RESUME

**Borowitz & Clark, L.L.P.**, is a leading consumer bankruptcy law firm with five offices located in West Covina, Torrance, Norwalk, Glendale, and Palmdale.

## ATTORNEYS AT LAW

**Barry E. Borowitz** is Board Certified in Consumer Bankruptcy by the American Board of Certification and is a member of the State Bar in California he received his J.D. in 1993 from Pepperdine University School of Law, Malibu, California where he was Articles Editor for the Pepperdine Law Review. Mr. Borowitz graduated Magna Cum Laude, was the Edward D. Di Loreto Scholarship recipient and is still involved with the Alumni Association. Mr. Borowitz is a member of the California State Bar of California, and is admitted to the Central, Eastern and Northern Districts of California. Mr. Borowitz taught Consumer Bankruptcy as an Adjunct Professor at Loyola Law School for nine years, and is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA), the National Association of Consumer Attorneys (NACA), the Los Angeles County Bar Association, the Federal Bar Association, and a Charter Member of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA), among others. Since 1994, Mr. Borowitz has represented tens of thousands of individuals and other entities in Chapter 7 and Chapter 13 bankruptcy cases.

**M. Erik Clark** is Board Certified in Consumer Bankruptcy by the American Board of Certification and a member of the State Bar in California, New York, and a retired member of the State Bar of Connecticut. Mr. Clark taught Consumer Bankruptcy as an Adjunct Professor at Loyola Law School for nine years, and has served as President of the National Consumer Bankruptcy Litigation Center (NCBLC) and the American Consumer Bankruptcy College (ACBC). He is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA), the National Association of Consumer Advocates (NACA), and the American Bankruptcy Institute (ABI). He was a Charter Member of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA) and a member of the Bankruptcy Executive Committee of the Los Angeles County Bar Association and the Federal Bar Association. Mr. Clark has been a panelist at the National Conference of Bankruptcy Judges (NCBJ), the Annual Convention of the National Association of Chapter Thirteen Trustees (NACTT) as well as the Annual NACBA Convention. During his career, he has represented tens of thousands of clients in Chapter 7 and Chapter 13 bankruptcy cases. Mr. Clark received his J.D. in 1994 from Quinnipiac University School of Law in Hamden, Connecticut where he was Associate Editor of the Quinnipiac Probate Journal.

**Nancy B. Clark** received her J.D. in 1999 from California Western School of Law in San Diego, California where she was a staff writer for *The Commentary*. In

addition, Ms. Clark received the Academic Achievement Award in Internship Seminar in 1999. She received the Pro Bono Publico Distinguished Service Award from the San Diego Volunteer Lawyer Program in 1998 in recognition of her outstanding contribution of legal services to the indigent community in San Diego. She represented California Western School of Law in the Thurgood Marshall Moot Court Competition and the National Moot Court Competition in 1998. Ms. Clark was the Vice President of the California Western Student Association of Trial Lawyers of America. She was admitted to the State of California Bar in 2000. Ms. Clark has served on the Board of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA) for several years and was President from 2015-2016. She has participated in the Credit Abuse Resistance Education Program (C.A.R.E.) in the Los Angeles area. In addition, she is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA). Since 2001, Ms. Clark has represented thousands of Chapter 7 and 13 Debtors in Bankruptcy hearings throughout the Central District of California.

## CHAPTER 13 ADMINISTRATORS

The title of "Chapter 13 Administrator" was created by the partners of this firm. The basic nature of the position is that of a non-certified paralegal, however, the Chapter 13 Administrator is trained by the partners of the firm as a

bankruptcy paralegal. Once trained, the Chapter 13 Administrator is supervised by the Chapter 13 Supervising Attorney, Nancy B. Clark.

**Alma Polanco** joined the Law Offices of Borowitz & Clark in 2003 and was quickly promoted to Chapter 13 Administrator. Since then Ms. Polanco has handled thousands of Chapter 13 post-petition matters.

**Yesenia R. Chicas** joined the Law Offices of Borowitz & Clark in 2007 and was quickly promoted to Chapter 13 Administrator. As a Chapter 13 Administrator, Ms. Chicas has handled thousands of Chapter 13 post-petition matters. She is a graduate of Bell Gardens High School and is currently enrolled in the Paralegal Studies Program working on her Associates and Bachelor's Degree at Mt. San Antonio College.

**Carmen C. Barahona** joined the Law Offices of Borowitz & Clark in July 2011 in the capacity of Chapter 13 Administrator. Ms. Barahona worked as an Administrator for Price Law Group from 1997 – 2005 and Torres Law Group from 2009 – 2011. Ms. Barahona is a graduate of South Gate High School and attended UC Santa Barbara from 1989 – 1991.

**Maria Matakovich** joined the Law Offices of Borowitz & Clark in 2004 as a Legal Assistant. Soon thereafter she was promoted to Chapter 13 Administrator. She is a graduate of Verdugo Hills High School. Mrs. Matakovich has also worked as a legal administrator for the Law Offices of Robert G.

Winterbotham and as an Administrator for Law Offices of Nicastro & Piscopo.

The Chapter 13 Administrators are charged with the following duties:

- Prepare routine legal documents, including orders, motions, applications, responses, oppositions and objections in chapter 13 bankruptcy cases;
- Prepare declaration or other documents, maintain document file, and prepare documentation for filing with the Clerk of the Bankruptcy Court;
- Gather research data, such as bankruptcy code, bankruptcy rules, local bankruptcy rules, and legal documents;
- Assist Attorney of Record to investigate facts of cases to prepare cases. Obtaining information from all relevant sources;
- Knowledge of the structure and content of the English and Spanish (with the exception of Ms. Robins, who does not speak Spanish) language including the meaning and spelling of words, rules of composition, and grammar;
- Knowledge of laws, legal codes, court procedures, and precedents;
- Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, designing forms, and other office procedures and terminology;
- Providing information to supervisors, co-workers, and clients by telephone, in written form, e-mail, or in person;
- Compiling, categorizing, calculating, tabulating, or verifying client and creditor information or data;
- Communicating with people outside the firm, representing the firm to clients, the US Bankruptcy Court, Trustees, and other external sources. This information can be exchanged in person, in writing, or by telephone or e-mail.

# EXHIBIT A

| Key | | Hours | Rate | Amount |
|---|---|---|---|---|
| Yesenia Chicas | YRC | | $200.00 | |
| Heather Canning | HJC | | $495.00 | |
| Barry Borowitz | BEB | | $495.00 | |
| Erik Clark | MEC | | $495.00 | |
| Nancy Clark | NBC | | $495.00 | |
| Maria Matakovich | MLM | | $200.00 | |
| Alma Polanco | ALP | | $200.00 | |
| Carmen Barahona | CCB | | $200.00 | |

### Services Rendered for Luis and Myra Padilla for Motion to Modify ("MOMOD")

*9/6/2023*
Paralegal receives, reviews and responds to email from client inquiring about a possible reduction in payments    YRC    0.20    $ 200.00    $   40.00

*9/6/2023*
Paralegal emails client to request copy of 2022 tax returns    YRC    0.20    $ 200.00    $   40.00

*9/6/2023*
Paralegal reviews case and Trustee's Claim Register for potential MOMOD options    YRC    1.00    $ 200.00    $   200.00

*9/6/2023*
Paralegal emails client blank Schedule J. Requests updated expenses and current pay stubs    YRC    0.20    $ 200.00    $   40.00

*9/15/2023*
Paralegal receives and reviews email from client with completed Schedule J form. Updates expenses on firm software    YRC    0.30    $ 200.00    $   60.00

*9/15/2023*
Paralegal emails client to follow up on proof of income    YRC    0.10    $ 200.00    $   20.00

*9/15/2023*
Paralegal receives and reviews email from client regarding status of providing pay stubs    YRC    0.10    $ 200.00    $   20.00

*9/15/2023*
Paralegal emails client with questions regarding some of their expenses    YRC    0.20    $ 200.00    $   40.00

*9/15/2023*
Paralegal emails client to request missing pay stubs    YRC    0.10    $ 200.00    $   20.00

*9/17/2023*
Paralegal receives and reviews proof of income. Works on monthly income calculations    YRC    0.50    $ 200.00    $   100.00

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| *9/19/2023* | Paralegal sends a follow up email to client regarding missing tax returns and asks questions about their income | YRC | 0.20 | $ 200.00 | $ 40.00 |
| *9/19/2023* | Paralegal receives and reviews email from client with explanation regarding their income. Paralegal updates income calculations | YRC | 0.30 | $ 200.00 | $ 60.00 |
| *10/2/2023* | Paralegal emails client with options for MOMOD | YRC | 0.20 | $ 200.00 | $ 40.00 |
| *10/4/2023* | Paralegal receives and reviews email from client with questions regarding MOMOD and new plan payment. Paralegal responds | YRC | 0.20 | $ 200.00 | $ 40.00 |
| *10/4/2023* | Paralegal sends another follow up email to client asking for the missing tax returns | YRC | 0.10 | $ 200.00 | $ 20.00 |
| *10/9/2023* | Paralegal sends another follow up email to client regarding the missing the tax returns | YRC | 0.10 | $ 200.00 | $ 20.00 |
| *10/11/2023* | Paralegal receives and reviews 2022 tax returns. Redacts and forwards to Trustee | YRC | 0.30 | $ 200.00 | $ 60.00 |
| *10/11/2023* | Paralegal prepares Notice of MOMOD. Forwards to attorney to review and sign | YRC | 0.10 | $ 200.00 | $ 20.00 |
| *10/11/2023* | Paralegal prepares MOMOD. Forwards to attorney to review and sign | YRC | 0.40 | $ 200.00 | $ 80.00 |
| *10/11/2023* | Attorney receives and reviews Notice of MOMOD and MOMOD. Signs and sends back to Paralegal to file. | BEB | 0.20 | $ 495.00 | $ 99.00 |
| *11/8/2023* | Paralegal receives and reviews Trustee's Comments on MOMOD | YRC | 0.20 | $ 200.00 | $ 40.00 |
| *11/13/2023* | Paralegal prepares Declaration That No Party Requested a Hearing on Motion | YRC | 0.40 | $ 200.00 | $ 80.00 |
| *11/13/2023* | Paralegal prepares Order Granting MOMOD | YRC | 0.20 | $ 200.00 | $ 40.00 |
| *11/20/2023* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paralegal receives and responds to email from client asking for status on approval of MOMOD | YRC | 0.20 | $ 200.00 | $ | 40.00 |
| *11/27/2023* | | | | | | |
| Paralegal sends client an email with copy of Release of Payroll Deduction Order | YRC | 0.20 | $ 200.00 | $ | 40.00 |
| *11/30/2023* | | | | | | |
| Paralegal reviews file and prepares Application for Supplemental Fees, forwards to attorney to review and sign. | YRC | 1.00 | $ 200.00 | $ | 200.00 |
| *11/30/2023* | | | | | | |
| Attorney receives and reviews case, file and Application for Supplemental Fees, signs and forwards to Administrator to file. | BEB | 0.30 | $ 495.00 | $ | 148.50 |
| *11/30/2023* | | | | | | |
| Paralegal prepares Declaration and Order Granting Application for Supplemental Fees set to be filed 17 days after filing said Application. | YRC | 0.40 | $ 200.00 | $ | 80.00 |

| | | | |
|---|---|---|---|
| Sub-Total of services rendered | 7.90 | | $1,727.50 |

**Summary of Time**

| | | | | | |
|---|---|---|---|---|---|
| Attorney Heather Canning | HJC | 0.00 | $ 495.00 | $ | - |
| Attorney Barry Borowitz | BEB | 0.50 | $ 495.00 | $ | 247.50 |
| Attorney Erik Clark | MEC | 0.00 | $ 495.00 | $ | - |
| Attorney Nancy Clark | NBC | 0.00 | $ 495.00 | $ | - |
| Administrator Yesenia Chicas | YRC | 7.40 | $ 200.00 | $ | 1,480.00 |
| Administrator Maria Matakovitch | MLM | 0.00 | $ 200.00 | $ | - |
| Administrator Alma Polanco | ALP | 0.00 | $ 200.00 | $ | - |
| Administrator Carmen Barahona | CCB | 0.00 | $ 200.00 | $ | - |
| **Total** | | 7.90 | | | $1,727.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**100 N. Barranca Street, Suite 250**
**West Covina, CA 91791-1600**

A true and correct copy of the foregoing document entitled:  __**Notice and Application of Attorney for Debtor for Additional Fees**__
__**and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (RARA)**__ will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __12/6/2023__, I checked
the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic
Mail Notice List to receive NEF transmission at the email addresses stated below:

Office of the U. S. Trustee  ustpregion16.la.ecf@usdoj.gov

Kathy Dockery (TR)  efiling@latrustee.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) __12/6/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later
than 24 hours after the document is filed.

Luis and Myra Padilla
1603 East Denley Street
Hacienda Heights, CA 91745

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be</u>
<u>completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/6/2023 | **Maria Matakovich** | *Maria Matakovich* |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Target
P.O. Box 673
Minneapolis, MN 55440-0673

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
PO Box 788
Kirkland, WA 98083-0788

The Bureaus, Inc
650 Dundee Road, Suite 370
Northbrook, IL 60062-2757

Synchrony
P.O. Box 965005
Orlando, FL 32896-5005

Intercoastal Financial, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA 98121-3132

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Speedy/Rapid Cash
P.O. Box 780408
wichita, KS 67278-0408

Ad Astra
8918 West 21st Street, N Suite 200,
PMB 303
Wichita, KS 67205-1880

Alliance Acceptance Corp
2755 Bristol Street, Suite 275
Costa Mesa, CA 92626-5932

Alliant Capital Management - HDH
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Big Lot
P.O. Box 182120
Columbus, OH 43218-2120

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

Brickhouse OpCo I LLC
4053 Maple Road Suite 122
Amherst, NY 14226-1058

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One
P.O. Box 60599
City Of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Clear Recon Corp
4375 Jutland Drive
T.S #:  096240-CA
San Diego, CA 92117-3600

Credit One
P.O. Box 98878
Las Vegas, NV 89193-8878

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

UMB BANK, National Association
CO Rushmore Loan Management Services
P.O. Box 55004
Irvine CA 92619-5004

UMB BANK, National Association,
C/O Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9096

FinWise Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3400
Chicago, IL 60601-6379

First Financial Investment Fund Holdings, LL
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Forever21
P.O. Box 182120
Columbus, OH 43218-2120

Schools First Federal Credit Union
P.O. Box 11547
Santa Ana, CA 92711-1547

Intercoastal Financial, LLC
7954 Transit Rd. #144
Williamsville, NY 14221-4117

Rushmore Loan Mgmt Service
15480 Laguna Canyon Road S
Irvine, CA 92618-2132

LVNV Funding, LLC
P.O. Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Merrick Bank Corp
P.O. Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NORDSTROM, INC.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Nordstrom
13531 East Caley Avenue
Englewood, CO 80111-6505

Opploans/Finwise
130 East Randolph Street, Suite 34
Chicago, IL 60601-6207

Pink Dogwood 13, LLC
PO BOX 1931
Burlingame, CA 94011-1931

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA  98083-0788